85 F.3d 615
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Henry Clifford BYRD, Sr., Plaintiff-Appellant,
v.
George A. EICHHORN, Individually and in his official
capacity as an Assistant Attorney General of the State of
Maryland; Paul J. Davis, Individually and in his official
capacity as Chairman of Maryland Parole Commission;
Maryland Parole Commission, Defendants-Appellees.
 No. 96-6069.
 United States Court of Appeals, Fourth Circuit.
 Submitted: April 15, 1996.
Decided: May 2, 1996.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-95-2789-S)
 Henry Clifford Byrd, Sr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Richard Bruce Rosenblatt, Assistant Attorney General, Baltimore, Maryland, for Appellees.
 D.Md.
 AFFIRMED.
 Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order granting summary judgment in favor of the Defendants on his action challenging the denial of executive clemency from the Governor of Maryland. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Byrd v. Eichhorn, No. CA-95-2789-S (D.Md. Dec. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.